## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : Chapter 13
  Goetzenberger, Rae
                                          :
  Debtor
                                          :  18-12169

### CERTIFICATE OF SERVICE OF NOTICE OF FILING OF APPLICATION
### FOR APPROVAL OF COUNSEL FEES

   I certify that on the date shown below  a copy of NOTICE OF FILING OF

APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the

parties listed below, all interested parties and all creditors by mailing such copy

by  first class, regular U.S. mail, postage prepaid or by electronic means.


March 12, 2019

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Scott Waterman Trustee
P.O. Box 680
Reading, PA 19606

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Goetzenberger, Rae
413 Hermitage Street
Philadelphia, PA 19128