| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-12169-AMC**

RAE  GOETZENBERGER
413 HERMITAGE STREET
PHILADELPHIA  PA    18128

Petition Filed Date: 03/30/2018
341 Hearing Date: 05/18/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $1,400.00 | | 02/10/2020 | $1,400.00 | | 03/09/2020 | $1,400.00 | |
| 04/08/2020 | $1,400.00 | | 05/08/2020 | $1,400.00 | | 06/11/2020 | $1,400.00 | |
| 07/13/2020 | $1,400.00 | | 09/03/2020 | $1,400.00 | | 10/15/2020 | $1,400.00 | |
| 10/30/2020 | $1,400.00 | | 11/10/2020 | $1,400.00 | | 12/14/2020 | $1,400.00 | |
| 01/19/2021 | $1,400.00 | | 02/16/2021 | $1,400.00 | | 03/18/2021 | $1,400.00 | |
| 04/20/2021 | $1,400.00 | | 05/24/2021 | $1,400.00 | | | | |

**Total Receipts for the Period:  $23,800.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $40,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | CACH, LLC<br>»»  005 | Unsecured Creditors | $3,876.70 | $0.00 | $3,876.70 |
| 6 | CACH, LLC<br>»»  006 | Unsecured Creditors | $2,612.08 | $0.00 | $2,612.08 |
| 2 | UNITED STATES TREASURY (IRS)<br>»»  002 | Priority Crediors | $1,103.00 | $1,103.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»»  001 | Unsecured Creditors | $505.91 | $0.00 | $505.91 |
| 7 | PHFA-HEMAP<br>»»  007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  003 | Unsecured Creditors | $865.24 | $0.00 | $865.24 |
| 4 | SELENE FINANCE<br>»»  04A | Mortgage Arrears | $52,498.86 | $26,479.51 | $26,019.35 |
| 4 | SELENE FINANCE<br>»»  04B | Mortgage Arrears | $4,192.70 | $2,114.72 | $2,077.98 |
| 8 | JOHN L MC CLAIN ESQ<br>»»  008 | Attorney Fees | $7,321.97 | $7,321.97 | $0.00 |

**Chapter 13 Case No. 18-12169-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,500.00 | Current Monthly Payment: | $1,400.00 |
| Paid to Claims: | $37,019.20 | Arrearages: | $1,400.00 |
| Paid to Trustee: | $3,480.80 | Total Plan Base: | $72,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.