United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12169-amc |
| Rae Goetzenberger | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2021 | Form ID: 167 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rae Goetzenberger, 413 Hermitage Street, Philadelphia, PA 19128-3330 |
| 14118922 | | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14083085 | + | CarFinance Captial, PO Box 3807, Coppell TX 75019-5877 |
| 14083090 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14083091 | + | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14083093 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14102432 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14118064 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14083095 | | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14083096 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14533183 | + | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14522387 | + | Wilmington Savings Fund Society, FSB,, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14083087 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2021 23:21:00 | Comenitycapital/boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14083089 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2021 23:21:00 | IRS, AUR CORR 5-E08-113, PHILADELPHIA, PA 19255 |
| 14083086 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 27 2021 23:24:08 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 14189675 | | Email/Text: blegal@phfa.org | Jul 27 2021 23:21:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14083092 | + | Email/Text: blegal@phfa.org | Jul 27 2021 23:21:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14087853 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2021 23:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14083097 | + | Email/Text: megan.harper@phila.gov | Jul 27 2021 23:21:00 | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14083088 | | Flagship Credit Acceptance LLC, PO Box 660057, z75266 |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 27, 2021 | Form ID: 167 | Total Noticed: 19 |

```
                              GA 30097-8461
14083094        *+            Rae Goetzenberger, 413 Hermitage Street, Philadelphia, PA 19128-3330
```

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:**

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Wilmington Savings Fund Society cwohlrab@raslg.com

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

JOHN L. MCCLAIN
    on behalf of Plaintiff Rae Goetzenberger aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Debtor Rae Goetzenberger aaamcclain@aol.com  edpabankcourt@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Rae Goetzenberger
    Debtor(s)

Case No: 18−12169−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.

**Hearing will be Telephonic**

on: 8/25/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 7/27/21

For The Court

Timothy B. McGrath
Clerk of Court

62 − 61
Form 167