# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Rae Goetzenberger,<br>     Debtor<br><br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>     Movant<br><br>v.<br><br>Rae Goetzenberger,<br>     Debtor/Respondent<br>SCOTT F. WATERMAN, Esq.<br>     Trustee/Respondent | Bankruptcy No. 18-12169-amc<br><br>Chapter 13<br><br>Related Doc.: 60<br><br>Hearing Date: September 22, 2021 at 11:00 AM |

## PRAECIPE TO WITHDRAW DOCUMENT

**PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Certification of Default (Doc No. 60) filed July 19, 2021.**

Dated: September 22, 2021

                              **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Rae Goetzenberger,** <br>      Debtor <br> **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** <br>      Movant <br> v. <br> **Rae Goetzenberger,** <br>      Debtor/Respondent <br> **SCOTT F. WATERMAN, Esq.** <br>      Trustee/Respondent | **Bankruptcy No. 18-12169-amc** <br><br> **Chapter 13** <br><br> **Related Doc.: 60** <br><br> **Hearing Date: September 22, 2021 at 11:00 AM** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Rae Goetzenberger
413 Hermitage Street
Philadelphia, PA 19128

JOHN L. MCCLAIN
John L McClain & Associates, PC
PO Box 123
Narberth, PA 19072

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com