# UNITED STATES BANKRUPTCY COURT
## EASTERN District of PENNSYLVANIA

In re:   Case No. 18-12169-amc
RAE GOETZENBERGER
Debtor(s).

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>WILMINGTON SAVINGS FUND SOCIETY, FSB,</u>   Court Claim # 4-2
<u>D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY</u>
<u>BUT AS TRUSTEE FOR PRETIUM MORTGAGE</u>
<u>ACQUISITION TRUST</u>
Name of Secured Creditor

Old Address of Secured Creditor:

Selene Finance, LP
9990 Richmond Ave.
Suite 400 South
Houston TX 77042

New Name and/or Address where **NOTICES** to Secured Creditor should be sent:

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor should be sent (if different from above):

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab_____   Date: __June 2, 2022_____
  Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case 18-12169-amc    Doc 67    Filed 06/17/22    Entered 06/17/22 10:13:41    Desc Main
Document    Page 2 of 2

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on   June 17, 2022 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RAE GOETZENBERGER
413 HERMITAGE STREET
PHILADELPHIA PA, 19128

And via electronic mail to:

JOHN L. MCCLAIN
JOHN L MCCLAIN & ASSOCIATES, PC
PO BOX 123
NARBERTH, PA 19072

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Summer Thomas