| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-12169-AMC**

RAE GOETZENBERGER
413 HERMITAGE STREET
PHILADELPHIA PA  18128

Petition Filed Date: 03/30/2018
341 Hearing Date: 05/18/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $1,400.00 | | 05/24/2021 | $1,400.00 | | 06/18/2021 | $1,400.00 | |
| 07/27/2021 | $1,400.00 | | 08/25/2021 | $1,400.00 | | 09/30/2021 | $1,400.00 | |
| 10/28/2021 | $1,400.00 | | 12/09/2021 | $1,400.00 | | 01/06/2022 | $1,400.00 | |
| 02/10/2022 | $1,400.00 | | 03/10/2022 | $1,400.00 | | 04/07/2022 | $1,400.00 | |
| 05/19/2022 | $1,400.00 | | 06/16/2022 | $1,400.00 | | 07/14/2022 | $1,400.00 | |

**Total Receipts for the Period: $21,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | CACH, LLC<br>»» 005 | Unsecured Creditors | $3,876.70 | $0.00 | $3,876.70 |
| 6 | CACH, LLC<br>»» 006 | Unsecured Creditors | $2,612.08 | $0.00 | $2,612.08 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 002 | Priority Crediors | $1,103.00 | $1,103.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $505.91 | $0.00 | $505.91 |
| 7 | PHFA-HEMAP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $865.24 | $0.00 | $865.24 |
| 4 | SELENE FINANCE LP<br>»» 04A | Mortgage Arrears | $52,498.86 | $41,881.46 | $10,617.40 |
| 4 | SELENE FINANCE LP<br>»» 04B | Mortgage Arrears | $4,192.70 | $3,344.77 | $847.93 |
| 8 | JOHN L MC CLAIN ESQ<br>»» 008 | Attorney Fees | $7,321.97 | $7,321.97 | $0.00 |

**Chapter 13 Case No. 18-12169-AMC**

|  | SUMMARY |  |  |
|---|---|---|---|
| | | | |

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,700.00 | Current Monthly Payment: | $1,400.00 |
| Paid to Claims: | $53,651.20 | Arrearages: | $2,800.00 |
| Paid to Trustee: | $5,048.80 | Total Plan Base: | $72,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.