United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 18-12169-amc
Rae Goetzenberger                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jun 20, 2023      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rae Goetzenberger, 413 Hermitage Street, Philadelphia, PA 19128-3330 |
| 14083085 | + | CarFinance Captial, PO Box 3807, Coppell TX 75019-5877 |
| 14083090 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14083091 | #+ | McCabe, Weisberg & Conway, P.C., 123 South Broad Street, STE 2080, Philadelphia, PA 19109-1031 |
| 14083093 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2023 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14118922 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2023 05:46:44 | CACH, LLC its successors and assigns as assignee, of Wells Fargo Bank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14083087 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2023 05:43:00 | Comenitycapital/boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14083089 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2023 05:43:00 | IRS, AUR CORR 5-E08-113, PHILADELPHIA, PA 19255 |
| 14083086 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2023 05:46:59 | Chase Card, Attn: Correspondence, PO Box 15298, Wilmington, DE 19850 |
| 14189675 | | Email/Text: blegal@phfa.org | Jun 21 2023 05:43:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14083092 | + | Email/Text: blegal@phfa.org | Jun 21 2023 05:43:00 | Pa Housing Finance Age, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14102432 | ^ | MEBN | Jun 21 2023 05:38:47 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14087853 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2023 05:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14083095 | | Email/Text: flyersprod.inbound@axisai.com | Jun 21 2023 05:43:00 | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14118064 | + | Email/Text: flyersprod.inbound@axisai.com | | |

Case 18-12169-amc   Doc 74   Filed 06/22/23   Entered 06/23/23 00:41:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 138OBJ | Total Noticed: 21 |

|  |  |  | Jun 21 2023 05:43:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
|---|---|---|---|---|
| 14083096 | + | Email/Text: bncmail@w-legal.com | Jun 21 2023 05:43:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14083097 | + | Email/Text: megan.harper@phila.gov | Jun 21 2023 05:43:00 | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |
| 14533183 | + | Email/Text: RASEBN@raslg.com | Jun 21 2023 05:43:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14522387 | + | Email/Text: bkteam@selenefinance.com | Jun 21 2023 05:43:00 | Wilmington Savings Fund Society, FSB,, C/O Charles Griffin Wohlrab, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14083088 |  | Flagship Credit Acceptance LLC, PO Box 660057, z75266 |
| 14083094 | *+ | Rae Goetzenberger, 413 Hermitage Street, Philadelphia, PA 19128-3330 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2023                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society cwohlrab@friedmanvartolo.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Rae Goetzenberger aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | on behalf of Debtor Rae Goetzenberger aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-2                                    User: admin                                              Page 3 of 3
Date Rcvd: Jun 20, 2023                                 Form ID: 138OBJ                                    Total Noticed: 21

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Rae Goetzenberger
       Debtor(s)

Case No: 18−12169−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/23

73 − 72
Form 138OBJ