UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    RAE GOETZENBERGER : Bankruptcy No. 18-12169 - AMC
:
Debtor(s) : Chapter 13

### PRAECIPE

Please withdraw document number # 80, Trustees Final Report.  This document filed in error prior to the completion of the case.

Respectfully submitted,

August 14, 2023

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
Chapter 13 Standing Trustee
2901 St Lawrence Ave, Ste. 100
Reading PA 19606
info@readingch13.com
610-779-1313