| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-12169-AMC

RAE GOETZENBERGER
413 HERMITAGE STREET
PHILADELPHIA PA 19128

Petition Filed Date: 03/30/2018
341 Hearing Date: 05/18/2018
Confirmation Date: 02/27/2019

Case Status: Completed on 5/25/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2022 | $1,400.00 | | 09/15/2022 | $1,400.00 | | 10/14/2022 | $1,400.00 | |
| 11/21/2022 | $1,400.00 | | 12/22/2022 | $1,400.00 | | 01/26/2023 | $1,400.00 | |
| 02/24/2023 | $1,400.00 | | 03/23/2023 | $1,400.00 | | 04/27/2023 | $1,400.00 | |
| 05/25/2023 | $1,400.00 | | | | | | | |

**Total Receipts for the Period: $14,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $72,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 5 | CACH, LLC<br>»» 005 | Unsecured Creditors | $3,876.70 | $683.94 | $3,192.76 |
| 6 | CACH, LLC<br>»» 006 | Unsecured Creditors | $2,612.08 | $460.83 | $2,151.25 |
| 2 | UNITED STATES TREASURY (IRS)<br>»» 002 | Priority Crediors | $1,103.00 | $1,103.00 | $0.00 |
| 1 | MOMA FUNDING LLC<br>»» 001 | Unsecured Creditors | $505.91 | $89.25 | $416.66 |
| 7 | PHFA-HEMAP<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS<br>»» 003 | Unsecured Creditors | $865.24 | $152.65 | $712.59 |
| 4 | SELENE FINANCE LP<br>»» 04A | Mortgage Arrears | $52,498.86 | $52,498.86 | $0.00 |
| 4 | SELENE FINANCE LP<br>»» 04B | Mortgage Arrears | $4,192.70 | $4,192.70 | $0.00 |
| 8 | JOHN L MC CLAIN ESQ<br>»» 008 | Attorney Fees | $7,321.97 | $7,321.97 | $0.00 |

**Chapter 13 Case No. 18-12169-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $72,700.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $66,503.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,196.80 | Total Plan Base: | $72,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.